UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Angel Díaz-Martí, et al
    Plaintiff(s)

v.

Sila M. Calderón, et al
    Defendant(s)

Civil No. 98-1487(PG)

RECEIVED & FILED
99 OCT -6 AM 8:03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| MOTION | ORDER |
|---|---|
| Motion for leave to file documents in Spanish (dkt. #12) | _X_ is GRANTED.<br><br>___ is DENIED.<br><br>___ is MOOT.<br><br>___ is NOTED. |

Date: October 5, 1999

JUAN M. PÉREZ-GIMÉNEZ
U.S. District Judge