ENTERED ON DOCKET
3/15/00 PURSUANT
TO FRCP RULES 58 & 79a

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ANGEL R. DIAZ MARTI, ET AL., | * | |
| Plaintiffs | * | |
| v. | * | Civ. No. 98-1487 (PG) |
| SILA M. CALDERON, ET AL., | * | |
| Defendants | * | |

## JUDGMENT

Having GRANTED Codefendant Sila Calderón's Motion for Summary Judgment and likewise GRANTED Codefendant Jorge Collazo Torres' Motion for Summary Judgment, it is hereby

**ORDERED and ADJUDGED** that the instant action is **DISMISSED** against these two codefendants.

San Juan, Puerto Rico, March 14, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge