UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
00 MAY 11 AM 7:18
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

ANGEL R. DIAZ MARTI, ET AL,
    Plaintiffs,

v.                       Civil No. 98-1487(PG)

SILA M. CALDERON, Mayor, ET AL,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #27 - Motion For Reconsideration. | Denied |

Date: _____May 9_____, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

28