UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANGEL DIAZ-MARTI, ET AL | |
| PLAINTIFF(s) | Civil No. 98-1487 (PG) |
| V. | |
| SILA M. CALDERON, ET AL | |
| DEFENDANT(s) | |

**NOTICE OF APPEAL**

Notice is given that plaintiff above named, hereby appeals to the United States Court of Appeals for the First Circuit, from the denial of plaintiffs' Motion for Reconsideration of the judgement dismissing the case, issued on May 9, 2000 by Honorable Judge Pérez Gimenez and entered on docket on May 11, 2000.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 22nd day of May, 2000.

**I HEREBY CERTIFY:** That a copy of the foregoing motion has been delivered to the attorneys for the defendants at their addresses of record.

**JOSE R. FRANCO, ESQ.**
P.O. BOX 13157
SAN JUAN, P.R. 00908
**USDC-PR** 129014
Tel. 250-7476/Fax. 759-6744

CCA
5/23/00

