# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF SETTING                                Date:  November 28, 2000

ANGEL R. DIAZ MARTI, et al          *
                                    *
    Plaintiffs                      *
                                    *
    vs.                             *          Civil 98-1487 (PG)
                                    *
                                    *
SILA M. CALDERON, MAYOR,            *
et al                               *
                                    *
    Defendants                      *
                                    *
-----------------------------------*

By Order of the Court a status conference in the above captioned case, is hereby set for **tomorrow, Wednesday, November 29, 2000,** at 2:30 P.M.  This proceeding will be held before Honorable Juan M. Pérez-Giménez.

                                              _____
                                              Lida Isis Egelé
                                              Courtroom Deputy

s/c:   José Franco            (Notified by phone: Maribel)
       Gloria Robinson         "        "      "   Personally

