# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANGEL R. DIAZ MARTI, et al | * |
| Plaintiffs | * |
| vs. | * CIVIL CASE 98-1487 (PG) |
| SILA MARIA CALDERON, et al | * |
| Defendants | * |

## JUDGMENT

The Court having entered an order granting plaintiff's oral motion to dismiss, it is hereby

ORDERED and ADJUDGED that the complaint be and it is hereby DISMISSED, without costs or attorneys' fees, as to the remaining defendants in this case.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 30th day of November, 2000.

JUAN M. PÉREZ-GIMÉNEZ
U. S. District Judge

AO 72A
(Rev. 8/82)